IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PATRICK M BARRY**                                                                           **PLAINTIFF**

v.                                     **CASE NO. 4:12CV00209 BSM**

**CAMERON INTERNATIONAL CORPORATION,** *et al.*                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

Dated this 14th day of August 2013.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE