IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PATRICK M BARRY**                                                                                      **PLAINTIFF**

v.                                            **CASE NO. 4:12CV00209 BSM**

**CAMERON INTERNATIONAL CORPORATION,** *et al.*                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

Dated this 14th day of August 2013.

_____
UNITED STATES DISTRICT JUDGE